WENDT ET AL., APPELLEES, *v.* DICKERSON ET AL., APPELLANTS.

(No. 2014–2051—Submitted August 31, 2016—Decided September 15, 2016.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Corban v. Chesapeake Exploration, L.L.C.,* —— Ohio St.3d ——, 2016-Ohio-5796, —— N.E.3d ——, and *Walker v. Shondrick–Nau,* —— Ohio St.3d ——, 2016-Ohio-5793, —— N.E.3d ——.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

Krugliak, Wilkins, Griffiths, & Dougherty Co., L.P.A., David E. Butz, and Matthew W. Onest, for appellees.

Fitzpatrick, Zimmerman & Rose Co., L.P.A., Paul Hervey, and Jilliann A. Daisher, for appellants.